UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――-――――――――――X

| | |
|---|---|
| THE ANNUITY AND HEALTH & WELFARE FUNDS OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO BY THEIR TRUSTEES LOUIS MARK CAROTENUTO and STANLEY FLEISHMAN, | **NOTICE & ORDER OF** <u>**VOLUNTARY DISMISSAL**</u> |
| Plaintiffs, | CV-20-0748 (CBA) (JO) |
| -against- | |
| 134-54 MAPLE AVENUE TENANTS CORP., | |
| Defendant. | |

―――――――――――――――――-――――――――――X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY AND HEALTH & WELFARE FUNDS OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant 134-54 MAPLE AVENUE TENANTS CORP..

Dated:  Tarrytown, New York
        March 2, 2020

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By:  */s/ James M. Steinberg, Esq.*
―――――――――――――――――
James M. Steinberg, Esq.
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

To:    134-54 Maple Avenue Tenants Corp.
       99 Tulip Avenue, Suite 302
       Floral Park, New York 11001

**SO ORDERED:**

―――――――――――――――――
**The Honorable Carol Bagley Amon, U.S.D.J.**