UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE ANNUITY AND HEALTH & WELFARE FUNDS
OF THE UNITED FOOD & COMMERCIAL WORKERS
LOCAL 2013, AFL-CIO BY THEIR TRUSTEES LOUIS
MARK CAROTENUTO and STANLEY FLEISHMAN,

**NOTICE & ORDER OF**
**VOLUNTARY DISMISSAL**

          Plaintiffs,

CV-20-0748 (CBA) (JO)

 -against-

134-54 MAPLE AVENUE TENANTS CORP.,

          Defendant.
------------------------------------------------------------X

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY AND HEALTH & WELFARE FUNDS OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant 134-54 MAPLE AVENUE TENANTS CORP..

Dated: Tarrytown, New York
   March 2, 2020

          Respectfully submitted,

          BRADY McGUIRE & STEINBERG, P.C.

     By: /s/ James M. Steinberg, Esq.
        _____
        James M. Steinberg, Esq.
        Attorneys for Plaintiffs
        303 South Broadway, Suite 234
        Tarrytown, New York 10591
        (914) 478-4293

To: 134-54 Maple Avenue Tenants Corp.
   99 Tulip Avenue, Suite 302
   Floral Park, New York 11001

**SO ORDERED:**

 s/Carol Bagley Amon
_____
**The Honorable Carol Bagley Amon, U.S.D.J.**